■ In the Matter of KEITH WATERS, Petitioner, v JAMES P. SULLIVAN, Respondent. [902 NYS2d 377]—Proceeding pursuant to CPLR article 78 in the nature of mandamus, inter alia, to direct the respondent James P. Sullivan, a Justice of Supreme Court, Kings County, to determine a motion pursuant to CPL 440.10 in a proceeding entitled *People v Waters* pending in that court under indictment No. 6919/05, and application for poor person relief.

Upon the papers filed in support of the application and the papers filed in opposition thereto, it is

Ordered that the branch of the application which is for poor person relief is granted to the extent that the filing fee imposed by CPLR 8022 (b) is waived, and the application is otherwise denied as academic; and it is further,

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

The underlying motion was determined by order of the Supreme Court, Kings County, dated February 2, 2010. Rivera, J.P., Santucci, Eng and Chambers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELEUTHERIUS AUGUSTE, Appellant. [901 NYS2d 871]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 24, 2003 (*People v Auguste*, 302 AD2d 601 [2003]), affirming a judgment of the Supreme Court, Queens County, rendered October 17, 2000.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Skelos, Florio and Miller, JJ., concur.